1 | DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
2 | MARC C. AMENT, Bar #59080
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LUIS THOMAS GONTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-0065 OWW |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE, AND ORDER THEREON |
| v. | ) ) | Date: June 6, 2006 |
| LUIS THOMAS GONTIZ, | ) ) | Time: 9:00 a.m. Judge: Honorable Oliver W. Wanger |
| Defendant. | ) ) ) | |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference in the above-entitled matter now set for May 9, 2006 may be continued to **June 6, 2006, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant time for further investigation and plea negotiations.

The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

///

///

///

Stipulation and Proposed Order

|   |   |   |
|---|---|---|
|   |   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: May 4, 2006 | By: | /s/ Marianne A. Pansa<br>MARIANNE A. PANSA<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|   |   | DANIEL J. BRODERICK<br>Acting Federal Defender |
| DATED: May 4, 2006 | By: | /s/ Marc C. Ament<br>MARC C. AMENT<br>Assistant Federal Defender<br>Attorney for Defendant<br>LUIS THOMAS GONTIZ |

**ORDER**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161. For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   May 7, 2006**            /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE