1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  LUIS THOMAS GONTIZ

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         )   NO. 1:06-cr-0065 OWW
                                       )
12 |            *Plaintiff*,           )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE, AND  ORDER THEREON
13 |       v.                          )
                                       )   Date:  July 17, 2006
14 | LUIS THOMAS GONTIZ,               )   Time:  9:00 a.m.
                                       )   Judge: Honorable Oliver W. Wanger
15 |            *Defendant*.           )
                                       )
16 |_____    )

17

18                              **STIPULATION**

19         It is hereby stipulated by and between the parties hereto that the status conference in the above-

20 entitled matter now set for June 6, 2006 may be continued to **July 17, 2006, at 9:00 a.m.**

21         The reason for this continuance is to allow counsel for defendant time for further investigation and

22 plea negotiations.

23         The parties agree that any delay resulting from this continuance shall be excluded in the interest of

24 justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

25 ///

26 ///

27 ///

28 Stipulation and Proposed Order

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: May 30, 2006 | By:  /s/ Marianne A. Pansa<br>MARIANNE A. PANSA<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Acting Federal Defender |
| DATED: May 30, 2006 | By: /s/ Marc C. Ament<br>MARC C. AMENT<br>Assistant Federal Defender<br>Attorney for Defendant<br>LUIS THOMAS GONTIZ |

**ORDER**

IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. § 3161.  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   June 1, 2006**              /s/ Oliver W. Wanger
emm0d6                    UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order                     2