GLENN LOSTRACCO CBA#138084
Attorney at Law
2300 Tulare Street #240
Fresno, California 93721
559.497.5297
559.497-0203 Fax
g.lostracco@sbcglobal.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:06-cr-00065-LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | |
| vs. ) | SENTENCING |
| ) | DATE: February 26, 2007 |
| LUIS THOMAS GONTIZ ) | |
| ) | TIME: 9:00 a.m. |
| Defendant, ) | |
| ) | NEW DATE: 3/30/2007 at 9:00am before LJO |
| ) | |

The parties herein, through their respective counsel, hereby stipulate that the Sentencing date be continued from February 26, 2007, until March 30, 2007. The parties further stipulate and agree that the resulting period of delay occurring between February 26, 2007, and March 30, 2007 shall be excluded pursuant to 18 U.S.C. Sections 3161(h)(1)(F) and 3161(h)(1)(I).

Dated:  February 22, 2007                     By:  /s/ Marianne Pansa
                                              McGREGOR W. SCOTT
                                              United States Attorney
                                              Marianne Pansa
                                              Assistant U.S. Attorney


Dated:  February 22, 2007

                                              /s/ Glenn  LoStracco
                                              GLENN  LoSTRACCO
                                              Attorney for Defendant
                                              LUIS THOMAS GONTIZ

**ORDER**

IT IS HEREBY ORDERED THAT, the date previously set for the sentencing is hereby continued to March 30, 2007. It is further ordered that time shall be excluded from February 26, 2007 to March 30, 2007, pursuant to 18 U.S.C. Sections 3161(h)(1)(F) and 3161(h)(1)(I). The Court finds the good cause to exist on the basis of Defense Counsel's illness.

IT IS SO ORDERED.

**Dated:    February 22, 2007**             /s/ Lawrence J. O'Neill
b9ed48                                              UNITED STATES DISTRICT JUDGE